UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
J.D. JORDAN,                          :
          Plaintiff,                  :
                                      :
v.                                    :
PERCEPTIVE ADVISORS LLC; PERCEPTIVE   :    Civil Action No. 15-CV-06994(VSB)
LIFE SCIENCES MASTER FUND LTD.;       :
BIOEDELMAN LLC; JOSEPH EDELMAN; AND   :    STIPULATION OF VOLUNTARY
AEGERION PHARMACEUTICALS INC.,        :    DISMISSAL PURSUANT TO F.R.C.P.
                                      :    41(a)(1)(A)(i)
          Defendants.                 :
                                      :
------------------------------------- X

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P 41(a)(1)(A)(i)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties and/or their respective counsel that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the above-captioned action against the following defendants is voluntarily dismissed with prejudice: Perceptive Advisors LLC; Perceptive Life Sciences Master Fund Ltd.; Bioedelman LLC; and Joseph Edelman.

By: _____          By: _____
Proskauer Rose LLP                     J.D. Jordan
Charles S. Sims                        New Orleans, LA 70183
James A. Unger                         Telephone: (504) 737-3854
Eleven Times Square                    jdsgold@gmail.com
New York, New York 10036               *Pro Se Plaintiff*
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
csims@proskauer.com
junger@proskauer.com
*Attorneys for Defendants Perceptive Advisors LLC;*
*Perceptive Life Sciences Master Fund LTD;*
*Bioedelman LLC; and Joseph Edelman.*

Dated: 1/7/16                          Dated: 1/7/16

                    SO ORDERED:

                    _____
                    HON. VERNON S. BRODERICK 1/8/2016
                    UNITED STATES DISTRICT JUDGE